Amy G. Langerman (Az. State Bar # 009174)
6215 Branting Street
San Diego, CA 92122
858-900-2360
858-900-2361 (facsimile)
alangermanlaw@aol.com
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Unknown Party, | ) | No. CV-16-02614-PHX-JTT |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ORDER PERMITTING** |
| | ) | **NONELECTRONIC FILING OF** |
| v. | ) | **ADMINISTRATIVE HEARING** |
| | ) | **RECORD** |
| Gilbert Public School District, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, through undersigned counsel, requests leave of the Court to non-electronically file the Administrative Hearing Record. The Administrative Record was delivered on a CD and the number of files are too numerous to file using the Electronic Case Filing ("ECF").

Additionally, the files contained in the Administrative Hearing Record CD were received in non-redacted form. Under Fed. R. Civ. P. 5.2(a), redaction would be required because the files contain the full name of a minor. However, under Fed. R. Civ. P. 5.2(b)(2),

the record of an administrative or agency proceeding is exempt from the redaction requirement.

If the files contained in the Administrative Record Proceedings CD must be redacted, Petitioner requests that the Court grant Petitioners leave to submit the Administrative Record Proceedings CD in un-redacted form under seal. If the files are exempt from redaction, then Petitioners requests leave of the Court to file the un-redacted files.

Petitioners respectfully submits two versions of an Order for the Judge.

Dated this 11th day of October, 2016.

/s/ Amy G. Langerman __
Amy G. Langerman (Az. State Bar # 009174)
6215 Branting Street
San Diego, CA 92122
858-900-2360
858-900-2361 (facsimile)
alangermanlaw@aol.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system, which will send notification of such filing to all parties of record.

By: /s/ Amy G. Langerman __
Amy G. Langerman